**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DOUGLAS THOMAS, JR.** | **CIVIL ACTION NO. 24-0152** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **MIKE TUBBS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 6] of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Douglas Thomas, Jr.'s Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Appointment of Counsel [Doc. No. 3] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 6th day of May 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE